UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                          CASE NO: 12-31821
    Ronald Allen Saldana                              (Chapter 13)

                            Debtor         JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are
being paid to the Clerk of the Bankruptcy Court.

Check Number: **4410216**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 21 | DOUGLAS B GREGG<br>7929 WASHINGTON WOODS DR<br>CENTERVILLE, OH  45459 | 1,191.33 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH 45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/17/2017

CERTIFICATE OF SERVICE                    12-31821

I hereby certify that a copy of the Report Of Unclaimed Funds was served **electronically** on the date of the filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on May 17, 2017 addressed to:

Ronald Allen Saldana                    (21.1)
34 East Franklin Street                 DOUGLAS B GREGG
Centerville, OH  45458                  7929 WASHINGTON WOODS DR
                                        CENTERVILLE, OH  45459

DOUGLAS B GREGG
7929 WASHINGTON WOODS DR
CENTERVILLE, OH  45459